Jeremy S. Golden, Esq. (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIX PINO,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK; DISCOVER BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-01485-JGB-SP<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED

DATE: September 22, 2026 BY: ______________________

Jesus G. Bernal, U.S. District Judge